UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP L. MERRIEL,
a/k/a PHILLIP L. MERRIELL

      Petitioner,

v.                                             Case No.  3:20-cv-5517-LC-MJF

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 17, 2021. (Doc. 15). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 15), is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 8) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Phillip Lamar Merriell*, Okaloosa County Circuit Court Case No. 2008-CF-1715, is **DISMISSED WITH PREJUDICE** as time barred.

4. A certificate of appealability is **DENIED**.

5. The clerk of court shall close this case file.

**DONE AND ORDERED** this 22nd day of March, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**